MAYO L. FRENCH, JR., Appellant, *v.* JOSEPH D. McGOLD-RICK, as Comptroller of the City of New York, et al., Respondents.

Argued May 24, 1938; decided July 7, 1938.

646

*George Dyson Friou* for appellant.

*William C. Chanler, Corporation Counsel (Alvin McKinley Sylvester, Oren Clive Herwitz* and *John G. Clancy* of counsel), for respondents.

*John P. O'Brien, amicus curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.